# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

Tivo, Inc., )
) 
        Plaintiff, )
)
  vs. )
)   **C05-1393 JPD**
Echostar Communications Corp, et al., )
)
        Defendant. )   **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

It appearing the issue involving Echostar and Comcast is resolved, counsel representing Comcast need not appear at the hearing scheduled for Friday, August 19, 2005.

The Court will entertain argument by counsel as to the Motion to Compel Diego, Inc. to Produce Documents Relating to its Agreement with Adelphia on August 19, 2005; counsel speaking on behalf of their clients will appear in person, unless all counsel agree to submit this matter to the Court without oral argument.

Dated this 15th day of August , 2005

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**